STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

RICHARD BLASSBERG                                                    Plaintiff(s)/Petitioner(s)
                                    Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL                                  Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                      )
                                                        ) SS
COUNTY OF WESTCHESTER                                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE                                (herein called recipient)
At Location: CITY HALL                                      therein named.
             40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLA GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_  Color of Skin _WH_  Color of Hair _BLACK_
Age _25/30_  Height _5'6"_  Weight _130_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4765052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506   AND FILED ON   2/13/2008

RICHARD BLASSBERG                                         Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/28/2008 at 10:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT                      (herein called recipient) therein named.
At Location: POLICE HEADQUARTERS
             100 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with AMY PORCELLI a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/28/08, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BLACK
Age 35/45   Height 5'4"   Weight 130
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/28/2008
_Jay William_ (signature)

John Axelrod

Server's License#:

2010

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

RICHARD BLASSBERG    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN A. LISZEWSKI    (herein called recipient) therein named.
At Location: CITY HALL, PUBLIC WORKS OFFICE
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST., a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 40/50    Height: 5'6"    Weight: 140
Other Features:    GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not.

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public, State of New York
Qualified in Westchester County
2010

John Axelrod
Server's License#:

STATE OF NEW YORK                     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506        AND FILED ON        2/13/2008

RICHARD BLASSBERG                                                           Plaintiff(s)/Petitioner(s)
                                    Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/28/2008__ at __11:25AM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DANIEL BARAHONA                                      (herein called recipient) therein named.
At Location: SECOND POLICE PRECINCT
             441 CENTRAL PARK AVENUE
             YONKERS NY 10704

By delivering to and leaving with __RICHARD MADDAFARI, DESK OFFICER__ a person of suitable age and discretion. Said premises is recipient's ✓ actual place of business | dwelling house (usual place of abode) within the state.

On __2/28/08__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __WH__   Color of Hair __BLACK__
Age __30/40__   Height __5'11"__   Weight __170__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __2/28/2008__

John Axelrod

Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

RICHARD BLASSBERG                                                     Plaintiff(s)/Petitioner(s)
                              Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: ROBERT GRECO                                           (herein called recipient) therein named.
At Location: CITY HALL, PUBLIC WORKS OFFICE
             40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST. a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair  BLOND
Age  40/50  Height  5'6"  Weight  140
Other Features                    GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public, State of New York
...
...County
...ber 30 2010

John Axelrod
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

RICHARD BLASSBERG                                       Plaintiff(s)/Petitioner(s)

                                Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 11:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:   PAUL WOOD                                (herein called recipient)
                                                         therein named.
At Location:    4TH POLICE PRECINCT
                53 SHONNARD PLACE
                YONKERS NY 10703

By delivering to and leaving with MARIO CENTUORI, BADGE #205 a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _M_   Color of Skin _WH_   Color of Hair _BLACK_
Age _35/45_   Height _5'11"_   Weight _180_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008
_____          _____
        GAIL WILLIAMS                          John Axelrod
    Notary Public, State of New York
    Qualified in Westchester County           Server's License#:
    Commission Expires September 30, 2010

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 08CIV.1506 | AND FILED ON 2/13/2008 |

RICHARD BLASSBERG

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID MASON (herein called recipient) therein named.
At Location: CITY HALL, PUBLIC WORKS OFFICE
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST. a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_   Color of Skin _WH_   Color of Hair _BLOND_
Age _40/50_  Height _5'6"_  Weight _140_
Other Features    GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public, State of New York
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506          AND FILED ON          2/13/2008

RICHARD BLASSBERG                                                                Plaintiff(s)/Petitioner(s)
                                    Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL                                              Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                      )
                                                                    SS
COUNTY OF WESTCHESTER                                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 11:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOSEPH GALINSKI                                            (herein called recipient) therein named.
At Location: YONKERS POLICE 4TH PRECINCT
             53 SHONNARD PLACE
             YONKERS NY 10703

By delivering to and leaving with MARIO CENTUORI, BADGE #205 a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair  BLACK
Age  35/40    Height  5'11"    Weight  180
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

_____                          _____
GAIL WILLIAMS                                      John Axelrod
Notary Public, State of New York
No. 4600052
Qualified in Westchester County                    Server's License#:
Commission Expires 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506   AND FILED ON   2/13/2008

RICHARD BLASSBERG                                                       Plaintiff(s)/Petitioner(s)
                          Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL                                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/28/2008 at 11:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: RICHARD MADDAFARI                                         (herein called
(recipient)                                                             therein named.
At Location: 2ND POLICE PRECINCT
             441 CENTRAL PARK AVENUE
             YONKERS NY 10704

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair         BLACK
Age  30/40   Height  5'11"    Weight   170
          Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on          2/28/2008
_Jay William_                                    _John Axelrod_
                                                 Server's License#:

2010

STATE OF NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506        AND FILED ON        2/13/2008

RICHARD BLASSBERG                                                   Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/28/2008 at 11:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EILEEN AHEARN                                         (herein called recipient)
                                                                    therein named.
At Location: SECOND POLICE PRECINCT
             441 CENTRAL PARK AVENUE
             YONKERS NY 10704

By delivering to and leaving with RICHARD MADDAFARI, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/28/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   M    Color of Skin   WH          Color of Hair            BLACK
Age   30/40   Height   5'11"   Weight   170
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 2/28/2008

John Axelrod

Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

RICHARD BLASSBERG    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/7/2008 at 9:15AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: RICHARD ALAIMO    (herein called recipient) therein named.
At Location: 4TH YONKERS POLICE PRECINCT
53 SHONNARD PLACE
YONKERS NY 10703

By delivering to and leaving with SGT. LAWRENCE MESLER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/7/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair  BLACK
Age  30/34    Height  5'10"    Weight  175
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/7/2008

GAIL WILLIAMS
Notary Public, State of New York
Qualified ...
... 2010

John Axelrod
Server's License#:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506        AND FILED ON        2/13/2008

RICHARD BLASSBERG                                                    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                                  Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: CITY OF YONKERS, NEW YORK        (herein called recipient) therein named.

At Location: CITY HALL
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with NICOLA GRECO and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM        Color of Skin: WH        Color of Hair: BLACK
Age 25/30     Height 5'6"
Weight 130    Other Features:

Sworn to before me on 3/4/2008

_____                        _____
                                                  John Axelrod
GAIL WILLIAMS                                    Server's License#:
Notary Public, State of New York
No. 4085052
Qualified in Westchester County
...ember 30 2010

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.1506 | AND FILED ON 2/13/2008 |

RICHARD BLASSBERG  **Plaintiff(s)/Petitioner(s)**

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL  **Defendant(s)/Respondent(s)**

STATE OF: NEW YORK )
) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: SANITATION WORKERS #1 TO #20   (herein called recipient) therein named.
At Location: CITY HALL
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST. a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office In the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: **FM**   Color of Skin: **WH**   Color of Hair: **BLOND**
Age: **40/50**   Height: **5'6"**   Weight: **140**
Other Features: **GLASSES**

Sworn to before me on the 3/4/2008

_____
WILLIAMS
Notary Public, State of New York

_____
John Axelrod
Server's License#: