STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506   AND FILED ON   2/13/2008

| | | |
|---|---|---|
| RICHARD BLASSBERG | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| PHILIP AMICONE, INDIVIDUALLY, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK   )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE                                        (herein called recipient)
At Location: CITY HALL                                               therein named.
             40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLA GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BLACK
Age 25/30   Height 5'6"   Weight 130
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4765052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506  AND FILED ON  2/13/2008

| | | |
|---|---|---|
| RICHARD BLASSBERG | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| PHILIP AMICONE, INDIVIDUALLY, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK  )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/28/2008 at 10:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT  (herein called recipient) therein named.
At Location: POLICE HEADQUARTERS
             100 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with AMY PORCELLI a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/28/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  WH   Color of Hair  BLACK
Age  35/45   Height  5'4"   Weight  130
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/28/2008

John Axelrod
Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

RICHARD BLASSBERG    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN A. LISZEWSKI    (herein called recipient) therein named.
At Location: CITY HALL, PUBLIC WORKS OFFICE
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST., a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  WH   Color of Hair  BLOND
Age  40/50   Height  5'6"   Weight  140
Other Features       GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not.

Sworn to before me on the 3/4/2008

_____    _____
GAIL WILLIAMS               John Axelrod
Notary Public, State of New York
Qualified in Westchester County    Server's License#:
Commission Expires September 30, 2010

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506  
AND FILED ON 2/13/2008

RICHARD BLASSBERG  
Vs.  
PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)  
Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/28/2008__ at __11:25AM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: DANIEL BARAHONA (herein called recipient) therein named.  
At Location: SECOND POLICE PRECINCT  
441 CENTRAL PARK AVENUE  
YONKERS NY 10704

By delivering to and leaving with __RICHARD MADDAFARI, DESK OFFICER__ a person of suitable age and discretion. Said premises is recipient's ✓ actual place of business | dwelling house(usual place of abode) within the state.

On __2/28/08__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__  Color of Skin __WH__  Color of Hair __BLACK__  
Age __30/40__  Height __5'11"__  Weight __170__  
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __2/28/2008__

John Axelrod  
Server's License#:

2010

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1506   AND FILED ON   2/13/2008

RICHARD BLASSBERG
Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: ROBERT GRECO (herein called recipient) therein named.
At Location: CITY HALL, PUBLIC WORKS OFFICE
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST. a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BLOND
Age 40/50   Height 5'6"   Weight 140
Other Features   GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public, State of New York
...County
...ber 30 2010

John Axelrod
Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

RICHARD BLASSBERG    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                     ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 11:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PAUL WOOD    (herein called recipient) therein named.
At Location: 4TH POLICE PRECINCT
             53 SHONNARD PLACE
             YONKERS NY 10703

By delivering to and leaving with MARIO CENTUORI, BADGE #205 a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business  ☐ dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair BLACK
Age 35/45    Height 5'11"    Weight 180
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public State of New York

John Axelrod
Server's License#:

STATE OF NEW YORK      UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506      AND FILED ON      2/13/2008

RICHARD BLASSBERG      Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL      Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                           SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID MASON      (herein called recipient) therein named.
At Location: CITY HALL, PUBLIC WORKS OFFICE
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST. a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business    ☐ dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 40/50    Height: 5'6"    Weight: 140
Other Features: GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public, State of New York
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 08CIV.1506 | AND FILED ON    2/13/2008 |

**RICHARD BLASSBERG**

Vs.

**PHILIP AMICONE, INDIVIDUALLY, ET AL**

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK     )
                                            ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **3/3/2008** at **11:00AM**, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOSEPH GALINSKI     (herein called recipient) therein named.
At Location: YONKERS POLICE 4TH PRECINCT
53 SHONNARD PLACE
YONKERS NY 10703

By delivering to and leaving with **MARIO CENTUORI, BADGE #205** a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business   [ ] dwelling house(usual place of abode) within the state.

On **3/4/08**, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex **M**   Color of Skin **WH**   Color of Hair **BLACK**
Age **35/40**   Height **5'11"**   Weight **180**
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the **3/4/2008**

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4835052
Qualified in Westchester County
Commission Expires September 30, 2010

_John Axelrod_ (signature)
John Axelrod

Server's License#:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506        AND FILED ON        2/13/2008

RICHARD BLASSBERG                                                                                    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                                                  Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                                                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____2/28/2008_____ at _____11:25AM_____, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: RICHARD MADDAFARI                                                                  (herein called
(recipient)                                                                                                           therein named.
At Location: 2ND POLICE PRECINCT
                    441 CENTRAL PARK AVENUE
                    YONKERS NY 10704

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    M       Color of Skin    WH      Color of Hair                BLACK
Age   30/40   Height    5'11"          Weight            170
                    Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on _____2/28/2008_____

_____Jay William_____                                                            _____[signature]_____
                                                                                                    John Axelrod
                                                                                                    Server's License#:

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506   AND FILED ON   2/13/2008

RICHARD BLASSBERG   Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/28/2008 at 11:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EILEEN AHEARN   (herein called recipient) therein named.
At Location: SECOND POLICE PRECINCT
441 CENTRAL PARK AVENUE
YONKERS NY 10704

By delivering to and leaving with RICHARD MADDAFARI, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/28/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   M   Color of Skin   WH   Color of Hair   BLACK
Age   30/40   Height   5'11"   Weight   170
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 2/28/2008

John Axelrod

Server's License#:

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506   AND FILED ON   2/13/2008

RICHARD BLASSBERG                                          Plaintiff(s)/Petitioner(s)
                                    Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/7/2008 at 9:15AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: RICHARD ALAIMO                                (herein called recipient)
                                                            therein named.
At Location: 4TH YONKERS POLICE PRECINCT
             53 SHONNARD PLACE
             YONKERS NY 10703

By delivering to and leaving with SGT. LAWRENCE MESLER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/7/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M   Color of Skin WH   Color of Hair BLACK
Age 30/34   Height 5'10"   Weight 175
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/7/2008

_____                    _____
GAIL WILLIAMS                                John Axelrod
Notary Public, State of New York             Server's License#:
Qualified...

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

RICHARD BLASSBERG                                            Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                          Defendant(s)/Respondent(s)

STATE OF: NEW YORK                          )
                                            ) SS
COUNTY OF WESTCHESTER                       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: CITY OF YONKERS, NEW YORK                      (herein called recipient)
                                                              therein named.
At Location: CITY HALL
             40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLA GRECO and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BLACK
Age 25/30    Height 5'6"
Weight 130    Other Features

Sworn to before me on 3/4/2008

_[signature]_                                    _[signature]_
                                                 John Axelrod
GAIL WILLIAMS                                    Server's License#:
Notary Public, State of New York
No. 4085052
Qualified in Westchester County
...ember 30 2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

| | |
|---|---|
| RICHARD BLASSBERG<br><br>Vs.<br><br>PHILIP AMICONE, INDIVIDUALLY, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    SANITATION WORKERS #1 TO #20                    (herein called recipient)
At Location:     CITY HALL                                        therein named.
                 40 SOUTH BROADWAY
                 YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST. a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office In the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 40/50    Height: 5'6"    Weight: 140
Other Features:                 GLASSES

Sworn to before me on the 3/4/2008

_____                _____
       WILLIAMS                                    John Axelrod
Notary Public, State of New York              Server's License#: