STATE OF NEW YORK       UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506       AND FILED ON       2/13/2008

RICHARD BLASSBERG                                      Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:30AM, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    PHILIP AMICONE                           (herein called recipient)
At Location:     CITY HALL                                therein named.
                 40 SOUTH BROADWAY
                 YONKERS NY 10701

By delivering to and leaving with NICOLA GRECO, CLERK, a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair  BLACK
Age  25/30    Height  5'6"    Weight  130
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4765052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506   AND FILED ON   2/13/2008

RICHARD BLASSBERG   Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/28/2008 at 10:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT   (herein called recipient) therein named.
At Location: POLICE HEADQUARTERS
100 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with AMY PORCELLI a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/28/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: WH   Color of Hair: BLACK
Age: 35/45   Height: 5'4"   Weight: 130
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/28/2008

Jay William

John Axelrod

Server's License#:

2010

STATE OF NEW YORK　　UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506　　AND FILED ON　　2/13/2008

RICHARD BLASSBERG　　　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff(s)/Petitioner(s)

　　　　　　　　　　　　　　　　Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL　　　　　　　　　　　　　　　　Defendant(s)/Respondent(s)

STATE OF: NEW YORK　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SS
COUNTY OF WESTCHESTER　　　　　　　　　　　　　　　　　　　　)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN A. LISZEWSKI　　　　　　　　　　　　　　　　　　(herein called recipient) therein named.
At Location: CITY HALL, PUBLIC WORKS OFFICE
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST. a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_　Color of Skin _WH_　Color of Hair _BLOND_
Age _40/50_　Height _5'6"_　Weight _140_
Other Features　　　　　　　　　　GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not.

Sworn to before me on the 3/4/2008

_____　　　　　　　　　　　　_____
GAIL WILLIAMS　　　　　　　　　　　　　　　　　　　　　　John Axelrod
Notary Public, State of New York
Qualified in Westchester County　2010　　　　　　　　Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506  AND FILED ON  2/13/2008

| | |
|---|---|
| RICHARD BLASSBERG<br><br>Vs.<br><br>PHILIP AMICONE, INDIVIDUALLY, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **2/28/2008** at **11:25AM**, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DANIEL BARAHONA                                  (herein called recipient)
                                                                therein named.
At Location: SECOND POLICE PRECINCT
             441 CENTRAL PARK AVENUE
             YONKERS NY 10704

By delivering to and leaving with **RICHARD MADDAFARI, DESK OFFICER** a person of suitable age and discretion.
Said premises is recipient's ✓ actual place of business | dwelling house(usual place of abode) within the state.

On **2/28/08**, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex **M**  Color of Skin **WH**  Color of Hair **BLACK**
Age **30/40**  Height **5'11"**  Weight **170**
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the **2/28/2008**

John Axelrod

Server's License#:

2010

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.1506 | AND FILED ON    2/13/2008 |

RICHARD BLASSBERG    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                                              ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/3/2008__ at __10:35AM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: ROBERT GRECO    (herein called recipient) therein named.
At Location: CITY HALL, PUBLIC WORKS OFFICE
             40 SOUTH BROADWAY
             YONKERS NY  10701

By delivering to and leaving with __KAREN FOLEY, ADMINISTRATIVE ASST.__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __3/4/08__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__    Color of Skin __WH__    Color of Hair __BLOND__
Age __40/50__    Height __5'6"__    Weight __140__
Other Features            GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __3/4/2008__

GAIL WILLIAMS
Notary Public, State of New York
...
...County
...ber 30 2010

John Axelrod

Server's License#:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506        AND FILED ON        2/13/2008

RICHARD BLASSBERG                                                          Plaintiff(s)/Petitioner(s)

                                  Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK                       )
                                         ) SS
COUNTY OF WESTCHESTER                    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 11:00AM, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    PAUL WOOD                                                 (herein called recipient)
                                                                           therein named.
At Location:     4TH POLICE PRECINCT
                 53 SHONNARD PLACE
                 YONKERS NY 10703

By delivering to and leaving with MARIO CENTUORI, BADGE #205 a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair  BLACK
Age  35/45   Height  5'11"   Weight  180
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public State of New York
No. 4895012
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506   AND FILED ON   2/13/2008

RICHARD BLASSBERG

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID MASON                                      (herein called recipient)
                                                                therein named.
At Location: CITY HALL, PUBLIC WORKS OFFICE
             40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST. a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business   dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  WH   Color of Hair   BLOND
Age  40/50  Height  5'6"  Weight  140
Other Features                      GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public, State of New York
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506     AND FILED ON     2/13/2008

RICHARD BLASSBERG     Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) ss
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/3/2008__ at __11:00AM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOSEPH GALINSKI     (herein called recipient) therein named.
At Location: YONKERS POLICE 4TH PRECINCT
53 SHONNARD PLACE
YONKERS NY 10703

By delivering to and leaving with __MARIO CENTUORI, BADGE #205__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On __3/4/08__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__ Color of Skin __WH__ Color of Hair __BLACK__
Age __35/40__ Height __5'11"__ Weight __180__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __3/4/2008__

_Gail Williams_     John Axelrod

GAIL WILLIAMS
Notary Public, State of New York
No. 46052
Qualified in Westchester County
Commission Expires 2010

Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506          AND FILED ON          2/13/2008

RICHARD BLASSBERG                                                          Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/28/2008 at 11:25AM, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    RICHARD MADDAFARI                                         (herein called
(recipient)
At Location:     2ND POLICE PRECINCT                                       therein named.
                 441 CENTRAL PARK AVENUE
                 YONKERS NY 10704

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   M      Color of Skin   WH      Color of Hair           BLACK
Age   30/40  Height          5'11"   Weight                  170
             Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on          2/28/2008

_____                    _____
                                                 John Axelrod
                                                 Server's License#:

2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506     AND FILED ON     2/13/2008

RICHARD BLASSBERG                                                          Plaintiff(s)/Petitioner(s)
                              Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL                                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/28/2008 at 11:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EILEEN AHEARN     (herein called recipient) therein named.
At Location: SECOND POLICE PRECINCT
             441 CENTRAL PARK AVENUE
             YONKERS NY 10704

By delivering to and leaving with RICHARD MADDAFARI, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/28/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M     Color of Skin: WH     Color of Hair: BLACK
Age: 30/40     Height: 5'11"     Weight: 170
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 2/28/2008

                                                        John Axelrod
                                                        Server's License#:

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1506  AND FILED ON  2/13/2008

RICHARD BLASSBERG — Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/7/2008 at 9:15AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: RICHARD ALAIMO  (herein called recipient) therein named.
At Location: 4TH YONKERS POLICE PRECINCT
53 SHONNARD PLACE
YONKERS NY 10703

By delivering to and leaving with SGT. LAWRENCE MESLER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business | dwelling house (usual place of abode) within the state.

On 3/7/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M   Color of Skin WH   Color of Hair BLACK
Age 30/34   Height 5'10"   Weight 175
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/7/2008

GAIL WILLIAMS
Notary Public, State of New York
Qualified ... 2010

John Axelrod
Server's License#:

STATE OF NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1506        AND FILED ON        2/13/2008

| | |
|---|---|
| RICHARD BLASSBERG | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PHILIP AMICONE, INDIVIDUALLY, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: CITY OF YONKERS, NEW YORK     (herein called recipient) therein named.

At Location: CITY HALL
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with NICOLA GRECO and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin: WH    Color of Hair: BLACK
Age 25/30    Height 5'6"
Weight 130    Other Features:

Sworn to before me on 3/4/2008

_[signature]_                                    _[signature]_
                                                  John Axelrod
GAIL WILLIAMS                                     Server's License#:
Notary Public, State of New York
No. 4185052
Qualified in Westchester County
...ember 30 2010

STATE OF  NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506          AND FILED ON          2/13/2008

| | |
|---|---|
| RICHARD BLASSBERG<br><br>Vs.<br><br>PHILIP AMICONE, INDIVIDUALLY, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: SANITATION WORKERS #1 TO #20                         (herein called recipient)
At Location: CITY HALL                                              therein named.
             40 SOUTH BROADWAY
             YONKERS NY  10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST. a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office In the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: _FM_   Color of Skin: _WH_   Color of Hair: _BLOND_
Age: _40/50_   Height: _5'6"_   Weight: _140_
Other Features:                        _GLASSES_

Sworn to before me on the 3/4/2008

_____                    _____
          WILLIAMS                                         John Axelrod
Notary Public, State of New York
Qualified in ... County                          Server's License#:
Commission ... ber 30, 2010