STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506 — AND FILED ON 2/13/2008

RICHARD BLASSBERG — Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE (herein called recipient) therein named.
At Location: CITY HALL
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with NICOLA GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLACK
Age: 25/30    Height: 5'6"    Weight: 130
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

Gail Williams
Notary Public, State of New York
No. 4065052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506         AND FILED ON         2/13/2008

RICHARD BLASSBERG                                                    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                                  Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                ) SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/28/2008 at 10:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT                     (herein called recipient) therein named.
At Location: POLICE HEADQUARTERS
             100 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with AMY PORCELLI a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/28/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair  BLACK
Age  35/45    Height  5'4"    Weight  130
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/28/2008

                                                John Axelrod
                                                Server's License#:

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506   AND FILED ON   2/13/2008

RICHARD BLASSBERG                                          Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN A. LISZEWSKI                              (herein called recipient)
                                                              therein named.
At Location: CITY HALL, PUBLIC WORKS OFFICE
             40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST., a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_   Color of Skin _WH_   Color of Hair _BLOND_
Age _40/50_   Height _5'6"_   Weight _140_
Other Features       GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not.

Sworn to before me on the 3/4/2008

_____          _____
GAIL WILLIAMS                          John Axelrod
Notary Public, State of New York
Qualified in Westchester County 2010   Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506  AND FILED ON  2/13/2008

RICHARD BLASSBERG  Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL  Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/28/2008 at 11:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DANIEL BARAHONA  (herein called recipient) therein named.
At Location: SECOND POLICE PRECINCT
             441 CENTRAL PARK AVENUE
             YONKERS NY 10704

By delivering to and leaving with RICHARD MADDAFARI, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's ✓ actual place of business | dwelling house(usual place of abode) within the state.

On 2/28/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M   Color of Skin  WH   Color of Hair  BLACK
Age  30/40   Height  5'11"   Weight  170
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/28/2008

John Axelrod

Server's License#:

2010

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.1506 | AND FILED ON | 2/13/2008 |

RICHARD BLASSBERG                                                                     Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                                              ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/3/2008__ at __10:35AM__, deponent did serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     ROBERT GRECO                                           (herein called recipient) therein named.
At Location:      CITY HALL, PUBLIC WORKS OFFICE
                  40 SOUTH BROADWAY
                  YONKERS NY  10701

By delivering to and leaving with __KAREN FOLEY, ADMINISTRATIVE ASST.__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __3/4/08__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __WH__   Color of Hair __BLOND__
Age __40/50__   Height __5'6"__   Weight __140__
Other Features                        __GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __3/4/2008__

GAIL WILLIAMS
Notary Public, State of New York
...
...County
...ber 30 2010

John Axelrod

Server's License#:

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506     AND FILED ON     2/13/2008

RICHARD BLASSBERG     Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 11:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PAUL WOOD (herein called recipient) therein named.
At Location: 4TH POLICE PRECINCT
53 SHONNARD PLACE
YONKERS NY 10703

By delivering to and leaving with MARIO CENTUORI, BADGE #205 a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair BLACK
Age 35/45    Height 5'11"    Weight 180
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public State of New York
Qualified in Westchester County

John Axelrod
Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

RICHARD BLASSBERG    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
    SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID MASON    (herein called recipient) therein named.
At Location: CITY HALL, PUBLIC WORKS OFFICE
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business    dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_    Color of Skin _WH_    Color of Hair _BLOND_
Age _40/50_    Height _5'6"_    Weight _140_
Other Features    _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

GAIL WILLIAMS
Notary Public, State of New York
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

RICHARD BLASSBERG                                                           Plaintiff(s)/Petitioner(s)
                              Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                ) SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 11:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOSEPH GALINSKI                                    (herein called recipient)
                                                                  therein named.
At Location: YONKERS POLICE 4TH PRECINCT
             53 SHONNARD PLACE
             YONKERS NY 10703

By delivering to and leaving with MARIO CENTUORI, BADGE #205 a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M   Color of Skin  WH   Color of Hair  BLACK
Age  35/40   Height  5'11"   Weight  180
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/4/2008

_____                           _____
GAIL WILLIAMS                                       John Axelrod
Notary Public, State of New York
No. 4606052                                         Server's License#:
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1506   AND FILED ON   2/13/2008

RICHARD BLASSBERG   Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  2/28/2008  at  11:25AM , deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served (recipient): RICHARD MADDAFARI
At Location: 2ND POLICE PRECINCT
441 CENTRAL PARK AVENUE
YONKERS NY 10704

(herein called therein named.)

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M   Color of Skin  WH   Color of Hair  BLACK
Age  30/40   Height  5'11"   Weight  170
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on  2/28/2008

_____        _____
                                        John Axelrod
                                        Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506    AND FILED ON    2/13/2008

RICHARD BLASSBERG    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                                                    ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/28/2008 at 11:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EILEEN AHEARN    (herein called recipient) therein named.
At Location: SECOND POLICE PRECINCT
441 CENTRAL PARK AVENUE
YONKERS NY 10704

By delivering to and leaving with RICHARD MADDAFARI, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/28/08, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair  BLACK
Age  30/40    Height  5'11"    Weight  170
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 2/28/2008

John Axelrod

Server's License#:

20/0

| | |
|---|---|
| STATE OF NEW YORK<br>DOCUMENTS SERVED WITH INDEX#: 08CIV.1506 | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT<br>AND FILED ON    2/13/2008 |

RICHARD BLASSBERG

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/7/2008 at 9:15AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: RICHARD ALAIMO                                       (herein called recipient)
                                                                    therein named.
At Location: 4TH YONKERS POLICE PRECINCT
             53 SHONNARD PLACE
             YONKERS NY 10703

By delivering to and leaving with SGT. LAWRENCE MESLER a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/7/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _M_    Color of Skin _WH_    Color of Hair _BLACK_
Age _30/34_  Height _5'10"_   Weight _175_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/7/2008

_[signature]_
GAIL WILLIAMS
Notary Public, State of New York
Qualified...
...2010

_[signature]_
John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506   AND FILED ON   2/13/2008

RICHARD BLASSBERG                                            Plaintiff(s)/Petitioner(s)

                              Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                          Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/3/2008__ at __10:30AM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
              CITY OF YONKERS, NEW YORK                              (herein called recipient)
                                                                      therein named.
At Location:  CITY HALL
              40 SOUTH BROADWAY
              YONKERS NY 10701

By delivering to and leaving with __NICOLA GRECO__ and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM       Color of Skin WH      Color of Hair BLACK
Age 25/30    Height 5'6"
Weight 130   Other Features

Sworn to before me on __3/4/2008__

_(signature)_                                    _(signature)_
                                                 John Axelrod
GAIL WILLIAMS                                    Server's License#:
Notary Public, State of New York
No. 4185052
Qualified in Westchester County
...ember 30 2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1506         AND FILED ON         2/13/2008

RICHARD BLASSBERG                                             Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                ) SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/3/2008 at 10:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: SANITATION WORKERS #1 TO #20                    (herein called recipient) therein named.
At Location: CITY HALL
             40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with KAREN FOLEY, ADMINISTRATIVE ASST. a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/4/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office In the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_  Color of Skin _WH_  Color of Hair _BLOND_
Age _40/50_ Height _5'6"_ Weight _140_
Other Features                         _GLASSES_

Sworn to before me on the 3/4/2008

_____                    _____
    WILLIAMS                                      John Axelrod
Notary Public, State of New York
Qualified in ... County                       Server's License#: