UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------
RICHARD BLASSBERG,

                         Plaintiff,

     -against-                08 Civ. 1506 (CLB)(GAY)

PHILIP AMICONE, individually, EDMUND
HARTNETT, individually, JOHN A.        **STIPULATION AND ORDER**
LISZEWSKI, individually, DANIEL
BARAHONA, individually, ROBERT GRECO,
individually, PAUL WOOD, individually, DAVID
MASON, individually, JOSEPH GALINSKI,
individually, RICHARD MADDAFARI,
individually, EILEEN AHEARN, individually,
RICHARD ALAIMO, individually, the CITY OF
YONKERS, New York, and City of Yonkers'
SANITATION WORKERS #1 to #20,

                         Defendants.
---------------------------------------------

       IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned attorneys for the parties to this action, as follows:

       1.     The time for Defendants Philip Amicone, Edmund Hartnett, John A. Liszewski, Daniel Barahona, Robert Greco, Paul Wood, David Mason, Joseph Galinski, Richard Maddafari, Eileen Ahearn, Richard Alaimo, the City of Yonkers, New York, and City of Yonkers' Sanitation Workers # 1 to # 20 ("Defendants") to file an Answer to Complaint filed by Plaintiff Richard Blassberg ("Plaintiff") is extended until April 4, 2008.

       2.     Facsimile signatures shall be deemed originals for purposes of this stipulation. This stipulation may be signed in counterparts.

Dated: March 21, 2008
White Plains, New York

| | |
|---|---|
| LOVETT & GOULD, LLP<br>Attorneys for Plaintiff<br><br>By: _____<br>Jonathan Lovett (JL 4854)<br>222 Bloomingdale Road<br>White Plains, New York 10605<br>(914) 428-8401 | DELBELLO DONNELLAN WEINGARTEN<br>WISE & WIEDERKEHR, LLP<br>Attorneys for Defendants<br><br>By: _____<br>Kevin J. Plunkett (KP 3049)<br>Matthew S. Clifford (MC 1134)<br>1 North Lexington Avenue<br>11th Floor<br>White Plains, NY 10601<br>(914) 681-0200 |

SO ORDERED: March 24, 2008

_____
Hon. Charles L. Brieant, U.S.D.J.

2