AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

RICHARD BLASSBERG,
                    Plaintiff,
        -against-
PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, DANIEL BARAHONA, individually, ROBERT GRECO, individually, PAUL WOOD, individually, DAVID MASON, individually, JOSEPH GALINSKI, individually, RICHARD MADDAFARI, individually, EILEEN AHEARN, individually, RICHARD ALAIMO, individually, the CITY OF YONKERS, New York, and City of Yonkers' SANITATION WORKERS #1 to #20,
                    Defendants.

**APPEARANCE**

Case Number: 08Civ.1506(CLB)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, DANIEL BARAHONA, individually, ROBERT GRECO, individually, PAUL WOOD, individually, DAVID MASON, individually, JOSEPH GALINSKI, individually, RICHARD MADDAFARI, individually, EILEEN AHEARN, individually, RICHARD ALAIMO, individually, the CITY OF YONKERS, New York, and City of Yonkers' SANITATION WORKERS #1 to #20.

I certify that I am admitted to practice in this court.

April 4, 2008
Date

Signature

Brian T. Belowich | BB6910
Print Name | Bar Number

DelBello Donnellan -- One North Lexington Ave.
Address

White Plains, NY 10601
City    State    Zip Code

(914) 681-0200 | (914) 684-0288
Phone Number | Fax Number