UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
Guevara, etc.,

                             Plaintiff,

      - against -

Amicone, et al.,

                          Defendant.  
------------------------------------------------------------X

Rev. 9/08

**ORDER OF REFERENCE**  
**TO A MAGISTRATE JUDGE**

**Docket No. 07 Civ. 6941 (CS)**  
*and Consolidated Cases*  
**07 Civ. 7692 (CS) and**  
**08 Civ. 1506 (CS)**

The above entitled action is referred to the Hon. Paul E. Davison, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

___ Discovery Disputes

_X_ Settlement. *Trial is scheduled for 10-4-2010.*

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus  
___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
         9/10/10

_____  
Cathy Seibel  
United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY [FILED]  
DOC #  
DATE FILED: 9-13-2010