UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MICHAEL GUEVARA, a minor, by his
Mother and best friend, ELBA GUEVARA,            07 Civ. 6941 (CS)
*et. al*,                                         Consolidated
               Plaintiffs,

   -against-
                                       **PLAINTIFFS' PROPOSED**
PHILIP AMICONE, *et. al*,                        **VERDICT SHEET**
               Defendants.
----------------------------------------------------------x
VIOLETA DZIKOVIC, *et. al*,
               Plaintiffs,                 07 Civ. 7692 (CS)
   -against-                                     Consolidated

PHILIP AMICONE, *et. al*,
               Defendants.
----------------------------------------------------------x
RICHARD BLASSBERG,
               Plaintiff,                  08 Civ. 1506 (CS)
   -against-

PHILIP AMICONE,
               Defendant.
----------------------------------------------------------x

      Plaintiffs by their attorneys Lovett & Bellantoni, LLP, submit the annexed proposed

verdict sheet, subject to a reservation of rights to amend same as justice may require.

Dated: Hawthorne, N.Y.
       September 30, 2010

                                                    LOVETT & BELLANTONI, LLP
                                                    By: _____
                                                       Jonathan Lovett (4854)
                                                    Attorneys for Plaintiffs
                                                    37A Saw Mill River Road
                                                    Hawthorne, N.Y. 10532
                                                    914-347-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL GUEVARA, a minor, by his
Mother and best friend, ELBA GUEVARA,     07 Civ. 6941 (CS)
et. al,     Consolidated

                     Plaintiffs,

    -against-

PHILIP AMICONE, et. al,

                     Defendants.
------------------------------------------------------------x
VIOLETA DZIKOVIC, et. al,
                     Plaintiffs,     07 Civ. 7692 (CS)
    -against-     Consolidated

PHILIP AMICONE, et. al,

                     Defendants.
------------------------------------------------------------x
RICHARD BLASSBERG,

                     Plaintiff,     08 Civ. 1506 (CS)

    -against-

PHILIP AMICONE,

                     Defendant.
------------------------------------------------------------x

## VERDICT SHEET

**As to Plaintiffs' claims**

1. Have the following Plaintiffs established by a preponderance of the evidence that their First Amendment rights were violated:

| | | |
|---|---|---|
| Richard Blassberg | Yes___ | No___ |
| Maribel Ayala | Yes___ | No___ |
| Cesar Castillo | Yes___ | No___ |
| Michael Guevara | Yes___ | No___ |
| Richard Guevara | Yes___ | No___ |
| Jason Gonzalez | Yes___ | No___ |

2

| | | |
|---|---|---|
| Maumer Kllapija | Yes____ | No____ |
| Dominica L. O'Neill | Yes____ | No____ |
| Christian Salazar | Yes____ | No____ |
| Joni Campbell | Yes____ | No____ |
| James Carey | Yes____ | No____ |
| Dominick D'Intino | Yes____ | No____ |
| Kenneth Heslop | Yes____ | No____ |
| Anton Lukaj | Yes____ | No____ |
| Nikola Lukaj | Yes____ | No____ |
| Krishenday Marjah | Yes____ | No____ |
| Robert Palermo | Yes____ | No____ |
| Gabriel Potente | Yes____ | No____ |
| Joseph Potente | Yes____ | No____ |
| Salvatore Potente | Yes____ | No____ |
| Wendy Ram | Yes____ | No____ |
| Derek Roberto | Yes____ | No____ |
| Randa Sayegh | Yes____ | No____ |
| Chandra Sookdeo | Yes____ | No____ |
| Hatixha Zherka | Yes____ | No____ |
| Kujtim Zherka | Yes____ | No____ |

2. Have the following Plaintiffs established by a preponderance of the evidence that their rights to Equal Protection were violated:

| | | |
|---|---|---|
| Richard Blassberg | Yes___ | No___ |
| Maribel Ayala | Yes___ | No___ |
| Cesar Castillo | Yes___ | No___ |
| Michael Guevara | Yes___ | No___ |
| Richard Guevara | Yes___ | No___ |
| Jason Gonzalez | Yes___ | No___ |
| Maumer Kllapija | Yes___ | No___ |
| Dominica L. O'Neill | Yes___ | No___ |
| Christian Salazar | Yes___ | No___ |
| Joni Campbell | Yes___ | No___ |
| James Carey | Yes___ | No___ |
| Dominick D'Intino | Yes___ | No___ |
| Kenneth Heslop | Yes___ | No___ |
| Anton Lukaj | Yes___ | No___ |
| Nikola Lukaj | Yes___ | No___ |
| Krishenday Marjah | Yes___ | No___ |
| Robert Palermo | Yes___ | No___ |
| Gabriel Potente | Yes___ | No___ |
| Joseph Potente | Yes___ | No___ |
| Salvatore Potente | Yes___ | No___ |
| Wendy Ram | Yes___ | No___ |

| | | |
|---|---|---|
| Derek Roberto | Yes____ | No____ |
| Randa Sayegh | Yes____ | No____ |
| Chandra Sookdeo | Yes____ | No____ |
| Hatixha Zherka | Yes____ | No____ |
| Kujtim Zherka | Yes____ | No____ |

**If you answered "yes" to any part of questions #1 and #2, proceed to question #3.**

**If you answered "no" to every part of questions #1 and #2, proceed to question #6.**

3. State each of the following Plaintiff's compensatory damages:

| | |
|---|---|
| Richard Blassberg | $_____ |
| Maribel Ayala | $_____ |
| Cesar Castillo | $_____ |
| Michael Guevara | $_____ |
| Richard Guevara | $_____ |
| Jason Gonzalez | $_____ |
| Maumer Kllapija | $_____ |
| Dominica L. O'Neill | $_____ |
| Christian Salazar | $_____ |
| Joni Campbell | $_____ |
| James Carey | $_____ |
| Dominick D'Intino | $_____ |
| Kenneth Heslop | $_____ |

| | |
|---|---|
| Anton Lukaj | $_____ |
| Nikola Lukaj | $_____ |
| Krishenday Marjah | $_____ |
| Robert Palermo | $_____ |
| Gabriel Potente | $_____ |
| Joseph Potente | $_____ |
| Salvatore Potente | $_____ |
| Wendy Ram | $_____ |
| Derek Roberto | $_____ |
| Randa Sayegh | $_____ |
| Chandra Sookdeo | $_____ |
| Hatixha Zherka | $_____ |
| Kujtim Zherka | $_____ |

4. Should punitive damages be awarded against Philip Amicone: Yes:___ No:___

**If you answered "yes" to question #4, proceed to question #5.**

**If you answered "no" to question #4, proceed to question #6.**

5. State for each of the Plaintiffs the amount of punitive damages to be awarded against Philip Amicone:

| | |
|---|---|
| Richard Blassberg | $_____ |
| Maribel Ayala | $_____ |

| | |
|---|---|
| Cesar Castillo | $_____ |
| Michael Guevara | $_____ |
| Richard Guevara | $_____ |
| Jason Gonzalez | $_____ |
| Maumer Kllapija | $_____ |
| Dominica L. O'Neill | $_____ |
| Christian Salazar | $_____ |
| Joni Campbell | $_____ |
| James Carey | $_____ |
| Dominick D'Intino | $_____ |
| Kenneth Heslop | $_____ |
| Anton Lukaj | $_____ |
| Nikola Lukaj | $_____ |
| Krishenday Marjah | $_____ |
| Robert Palermo | $_____ |
| Gabriel Potente | $_____ |
| Joseph Potente | $_____ |
| Salvatore Potente | $_____ |
| Wendy Ram | $_____ |
| Derek Roberto | $_____ |
| Randa Sayegh | $_____ |
| Chandra Sookdeo | $_____ |
| Hatixha Zherka | $_____ |

Kujtim Zherka              $_____

**As to Defendant Amicone's claims**

6. Has Amicone proven by a preponderance of the evidence that the following statement would tend to expose him to public hatred, contempt, ridicule or disgrace?

> "People now realize that Phil Amicone is a real tyrant, an oppressive politician who cannot accept criticism. He is no friend of the city's public employees. He called Yonkers teachers 'terrorists' for picketing for higher wages. He refused new police and fire department contracts for 2 ½ years. He is a huge hypocrite. Pretending to be 'holier than thou', he actually frequents strip clubs, even had a 'lap dance' from a girl by the name of Sassy."      Yes:____   No:____

**If you answered "no" to this question, proceed no further and report to the Court.**
**If you answered "yes" to this question, proceed to question #7.**

7. Has Amicone proven by a preponderance of the evidence that the statement referred to him, meaning that the statement would reasonably be understood to be about him?
Yes:____ No:____

**If you answered "no" to this question, proceed no further and report to the Court.**
**If you answered "yes" to this question, proceed to question #8.**

8. Has Amicone proven by a preponderance of the evidence that the statement was actually read by someone other than Amicone by reason of the conduct of:

Blassberg: Yes:___ No:___

Zherka: Yes:___ No:___

Guardian: Yes:___ No:___

**If you answered "no" to each part of this question, proceed no further and report to the Court.**

**If you answered "yes" to any part of this question, proceed to question #9.**

9. Has Amicone proven by clear and convincing evidence that the statement was false, meaning substantially untrue? Yes:___ No:___

**If you answered this question "no", proceed no further and report to the Court.**

**If you answered this question "yes", proceed to question #10.**

10. Has Amicone proven by clear and convincing evidence that the statement was known to be false or was made in reckless disregard of the truth or falsity of the statement by:

Blassberg: Yes:___ No:___

Zherka: Yes:___ No:___

Guardian: Yes:___ No:___

**If you answered "no" to each part of this question, proceed no further and report to the Court.**

**If you answered "yes" to any part of this question, proceed to question #11.**

9

11. State Amicone's compensatory damages with respect to:

Blassberg: $_____

Zherka:    $_____

Guardian: $_____

**If you answered "no" to each part of this question, proceed no further and report to the Court.**

**If you answered "yes" to any part of this question, proceed to question #12.**

12. Has Amicone proven that the statement was made with a deliberate intent to injure or out of hatred, ill will or spite or with a willful, wanton, or reckless disregard of Amicone's rights by:

Blassberg: Yes:____ No:____

Zherka:    Yes:____ No:____

Guardian: Yes:____ No:____

**If you answered "no" to each part of this question, proceed no further and report to the Court.**

**If you answered "yes" to any part of this question, proceed to question #13.**

13. State the amount of punitive damages awarded against:

Richard Blassberg:   $_____

Selim Zherka:        $_____

<u>Guardian</u>:          $_____