MEMO ENDORSED

# The Bellantoni Law Firm, LLP

2 Overhill Road, Suite 400
Scarsdale, New York 10583
(914) 367-0090       fax (914) 367-0095

Rory I. Bellantoni, Esq.
Former Acting Supreme Court Justice, NYS

Amy L. Bellantoni, Esq.

September 6, 2011

**Via Facsimile (914-390-4278)**

Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re:    **Guevara v. Amicone** (07 Civ. 6941)
           **Dzikovic v. Amicone** (07 Civ. 7692)
           **Blassberg v. Amicone** (08 Civ. 1506)

*Application granted. Please advise if M.J. Davison can be of assistance. So Ordered.*

Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 9/6/11

Dear Judge Seibel:

    Respectfully submit this joint letter on behalf of counsel for all parties to request that the date for submissions of the proposed Order for Attorney's Fees and the determination regarding Your Honor's Decision with respect to the issue of remittitur be extended to October 30, 2011 to allow for the possibility of resolving all outstanding issues now pending before the Court.

Respectfully yours,

Amy L. Bellantoni

cc:    Brian T. Belowich, Esq.
       (via facsimile 914-684-0288)

       Jonathan Lovett, Esq.
       (via facsimile 914-347-4545)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-7-2011