UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL GUEVARA, et al.,

                    Plaintiffs,

-against-

PHILIP AMICONE AND THE CITY OF YONKERS,

                    Defendants.
-----------------------------------------------------------------x

CONSOLIDATED
Case No. 07 Civ. 6941 (CS)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-captioned consolidated action is hereby discontinued <u>with prejudice</u>, without costs to any one party against the other. This stipulation may be executed in one or more counterparts and may be filed with the Clerk of Court without further notice.

Dated: ~~White Plains, New York~~
        *November 7*, 2011

THE BELLANTONI LAW FIRM, LLP

_____
Rory J. Bellantoni, Esq.
2 Overhill Road, Suite 400
Scarsdale, New York 10583
(914) 367-0090
Attorneys for Plaintiffs

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP

_____
Brian T. Belowich, Esq.
1 North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Attorneys for Defendants